# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, Plaintiff, v. RICK BOROS, a/k/a VINCENT KWIATKOWSKI, and NORTH AMERICAN MINING VENTURES, INC., Defendants. | FILED: SEPTEMBER 3, 2008<br>08CV5004<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. SECURITIES & EXCHANGE COMMISSION       PH

| |
|---|
| NAME (Type or print)<br>Sally Joyce Hewitt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sally J Hewitt |
| FIRM<br>U.S. Securities and Exchange Commission |
| STREET ADDRESS<br>175 W. Jackson Blvd., Suite 900 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL Bar No. 6193997 | TELEPHONE NUMBER<br>312-353-7390 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐