## United States District Court for the Northern District of Illinois

Case Number: 08CV5004                    Assigned/Issued By: DAJ

Judge Name: LINDBERG                     Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

                ☐ IFP          ☑ No Fee      ☐ Other _____

                ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

 2  Original and  0  copies on  09/03/08  as to DEF'S. _____
                                (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm        03/14/05